

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00168-CV

| | | |
|---|---|---|
| Carolyn Butler | § | From the 96th District Court |
| | § | of Tarrant County (096-264057-13) |
| v. | § | July 9, 2015 |
| | § | Opinion by Justice Gardner |
| Robert Skegrud | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
    Justice Anne Gardner